17154. McCRARY *v.* WESTERN & ATLANTIC RAILROAD.

JENKINS, P. J. Where the plaintiff filed suit against the defendant, Western and Atlantic Railroad, a separate and distinct corporation from the Nashville, Chattanooga and St. Louis Railway, for the recovery of a reward offered by the latter corporation, stipulating that "The Nashville, Chattanooga and St. Louis Railway will pay a reward . . for information resulting in the conviction of any one for the crime of wilfully tampering with . . its tracks . . or other portion of its roadway," there was no error in dismissing the petition upon general demurrer. *N., C. & St. L. Ry. Co.* v. *Edwards*, 91 *Ga.* 24 (16 S. E. 347); *Branan* v. *N., C. & St. L. Ry. Co.*, 119 *Ga.* 738 (46 S. E. 882); *Armour Car Lines* v. *Summerour*, 5 *Ga. App.* 619 (63 S. E. 667); *Western & Atlantic R. Co.* v. *Peacock*, 16 *Ga. App.* 772 (86 S. E. 389). *Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED JULY 20, 1926.

Complaint; from Bartow superior court—Judge Tarver. December 19, 1925.

*Joseph M. Lang*, for plaintiff.

*Tye, Peeples & Tye, Neel & Neel*, for defendant.